## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

YOLANDA CALHOUN,                                )
                                                )
      Plaintiff,                                )
                                                )
v.                                              )          Case No. CIV-25-141-SLP
                                                )
THE GREENS AT LAKE OVERHOLSER,                  )
                                                )
      Defendant.                                )

## O R D E R

Before the Court is the Report and Recommendation [Doc. No. 7] of Magistrate Judge Amanda Maxfield Green.  Judge Green recommends Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 1] be denied because she has sufficient income and assets to pay the $405.00 filing fee.  No objection to the Report and Recommendation has been filed, nor has an extension of time in which to object been sought or granted.

IT IS THEREFORE ORDERED that the Report and Recommendation of the Magistrate Judge is ADOPTED, and Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 1] is DENIED.

IT IS FURTHER ORDERED that Plaintiff shall pay the $405.00 filing fee on or before May 12, 2025.  Plaintiff is advised that if she fails to timely pay the filing fee, this action shall be dismissed without prejudice.

IT IS SO ORDERED this 21st day of April, 2025.

**SCOTT L. PALK**
**UNITED STATES DISTRICT JUDGE**